Decided October 31, 2006

## STATE OF CONNECTICUT *v.* MICHAEL A. HOLBROOK

The defendant's petition for certification for appeal from the Appellate Court, 97 Conn. App. 490 (AC 25771), is denied.

*Alice M. Osedach*, assistant public defender, in support of the petition.

*C. Robert Satti, Jr.*, senior assistant state's attorney, in opposition.

Decided October 31, 2006

## STATE OF CONNECTICUT *v.* MICHAEL F. CULVER

The defendant's petition for certification for appeal from the Appellate Court, 97 Conn. App. 332 (AC 26018), is denied.

*Veronica M. Tomasic*, special public defender, in support of the petition.

*Melissa Streeto Brechlin*, assistant state's attorney, in opposition.

Decided October 31, 2006